UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLORIA BALLARIEL,

      Plaintiff,

                                 Case No.: 07-14076

-vs-                            Honorable Victoria A. Roberts

ULTA SALON, COSMETICS &
FRAGRANCE INC.,

      Defendant.

_____/

## ATTORNEY APPEARANCE

      The Court and counsel will please take notice that Timothy A. Greimel has filed an

appearance in this matter as the attorney for Plaintiff Gloria Ballariel.


                                 Respectfully submitted,

October 22, 2007                BY:  s/ Timothy A. Greimel_____
                                  Timothy A. Greimel (P61743)
                                  32 Roanoke Lane
                                  Rochester Hills, Michigan 48309
                                  (248) 425-7525 (telephone)
                                  ***Attorney for Plaintiff***

## **Certificate of Service**

I certify that I caused a true and correct copy of the *Amended Complaint* to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney and e-mail address:

Erin Dougherty Foley
edfoley@seyfarth.com
***Attorney for Defendant***

October 22, 2007                BY:  s/ Timothy A. Greimel
                                Timothy A. Greimel
                                32 Roanoke Lane
                                Rochester Hills, MI 48309
                                (248) 425-7525 (telephone)
                                timgreimel@yahoo.com
                                ***Attorney for Plaintiff***