UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLORIA BALLARIEL,

    Plaintiff(s),

vs                                              Case No: 07-14076
                                              Honorable Victoria A. Roberts

ULTA SALON, COSMETICS AND F
RAGRANCE INC.,

    Defendant(s),
_____/

## **ORDER OF DISMISSAL**

    The parties have advised the Court that they have amicably resolved their differences.  Accordingly,

    IT IS ORDERED that this case be dismissed with prejudice and without costs.


                                                         S/Victoria A. Roberts
                                                          Victoria A. Roberts
                                                          United States District Judge

Dated: 12/11/08
-------------------------------------------------------------------------------------

## **CERTIFICATE OF MAILING**

I certify that a copy of this order was served upon Timothy A. Greimel, Megan P. Norris on the above date by electronic filing.


                                                          S/Carol A. Pinegar
                                                          Deputy Clerk